**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>Defendant. | C.A. No. 26-13447-PBS |

**DECLARATION OF DANIEL L. MCFADDEN**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Daniel L. McFadden, hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts. I am counsel for the American Civil Liberties Union of Massachusetts, Inc. ("ACLUM") in the above-captioned matter.

2. It is my understanding that the Department of Defense also refers to itself as the "Department of War" and/or "DOW." For clarity, this declaration will refer to this department as "DOD." The other names being used for this department appear in certain of the referenced documents.

3. It is my understanding that DOD's Office of the Secretary of Defense/Joint Staff refers to itself as "OSD/JS," "OSD/Joint Staff," and/or "OSW/JS." For clarity, this declaration will refer to this office as "OSD/JS." The other names being used for this office appear in certain of the referenced documents.

4. This declaration will refer to the Department of the Navy as "DON," and to the United States Marine Corps as "USMC."

**ACLUM's FOIA Request to DOD via OSD/JS**

5. On October 22, 2025, ACLUM submitted a Freedom of Information Act ("FOIA") request to DOD via OSD/JS (the "OSD/JS Request"). A true and accurate copy of the OSD/JS Request is attached hereto as Exhibit A.

6. True and accurate copies of two emails from OSD/JS dated October 22, 2025, are attached hereto as Exhibit B.

7. True and accurate copies of an email from OSD/JS dated December 4, 2025, and attached correspondence, with certain individual government employee and/or contractor email addresses and telephone numbers redacted, are attached hereto as Exhibit C.

8. Attached hereto as Exhibit D is a true and accurate copy of the online request status page for Request 26-F-0130 (which I understand to be the designator for the OSD/JS Request) as retrieved from pal.whs.mil on August 14, 2026.

9. As far as I have been able to determine, OSD/JS has not provided a final response to the OSD/JS Request, has not produced any records in response to the OSD/JS Request, and has not asserted that any records responsive to the OSD/JS Request fall within any FOIA exemptions.

**ACLUM's FOIA Request to DON That Was Referred in Part to DOD via OSD/JS**

10. On October 22, 2025, ACLUM submitted a FOIA request to DON (the "DON Request"). A true and accurate copy of the DON Request is attached hereto as Exhibit A.

11. A true and accurate copy of an email from DON dated October 22, 2025, is attached hereto as Exhibit E.

12. A true and accurate copy of an email from USMC dated March 11, 2026, with certain individual government employee and/or contractor email addresses and telephone numbers redacted, is attached hereto as Exhibit F.

13. A true and accurate copy of a memorandum from USMC to OSD/JS dated June 11, 2026, as transmitted by USMC to ACLUM on June 11, 2026, is attached hereto as Exhibit G. The three documents referred to in this memorandum as Enclosures (2), (3), and (4) will be referred to in this declaration as the "Referred Records."

14. True and accurate copies of an email sent on behalf of OSD/JS dated June 12, 2026, and attached correspondence, with certain individual government employee and/or contractor email addresses and telephone numbers redacted, is attached hereto as Exhibit H.

15. A true and accurate copy of an email sent on behalf of OSD/JS dated June 29, 2026, and accompanying email chain, with certain individual government employee and/or contractor email addresses and telephone numbers redacted, is attached hereto as Exhibit I.

16. Attached hereto as Exhibit J is a true and accurate copy of the online request status page for Request 26-F-2511 (which I understand to be the designator for the OSD/JS's processing of the Referred Records) as retrieved from pal.whs.mil on August 14, 2026.

17. As far as I have been able to determine, OSD/JS has not provided a final response regarding the Referred Records, has not produced the Referred Records, and has not asserted that the Referred Records fall within any FOIA exemptions.

**Other Records**

18. Attached hereto as Exhibit K are true and accurate copies of records produced to ACLUM by USMC on June 3, 2026.

19. Attached hereto as Exhibit L are true and accurate copies of records produced to ACLUM by the U.S. Army on August 5, 2026.

Executed: August 14, 2026

*/s/ Daniel L. McFadden*
Daniel L. McFadden