# EXHIBIT B

Outlook

## PAL Acknowledgement by FOIA Office

**From** donotreply@mail.mil <donotreply@mail.mil>
**Date** Wed 10/22/2025 2:35 PM
**To** Daniel McFadden <DmcFadden@aclum.org>

Dear Daniel McFadden,

Case Number 26-F-0130 has been assigned to the request you submitted. In all future correspondence regarding this request please reference case number 26-F-0130.

Regards,
OSD/JS or DLA FOIA Requester Service Center

Outlook

**Status Update for Request #26-F-0130**

**From** donotreply@mail.mil <donotreply@mail.mil>
**Date** Wed 10/22/2025 2:35 PM
**To** Daniel McFadden <DmcFadden@aclum.org>

Dear Daniel McFadden,

The status of your FOIA request #26-F-0130 has been updated to the following status 'Received'. To log into the PAL Application click on the Application URL below.

https://pal.whs.mil

Sincerely,
OSD/JS or DLA FOIA Requester Service Center