# EXHIBIT D

Request - 26-F-0130

Back

**Requester Details**

To modify request details please update your requester profile or contact the our office for assistance.

**Daniel McFadden**
ACLU
One Center Plaza,
Suite 850
Boston,, MA 02108
Phone 617.482.3170 x171
dmcfadden@aclum.org

Requester Default Category: Other

**Custom Fields**

Requester Control # :
Previous Address 2 :

**Request Details**

| | |
|---|---|
| Date Requested | 10/22/2025 |
| Received Date | 10/22/2025 |
| Estimate Delivery Date | 03/14/2026 |
| Status | In Process |

**General Information**

**If you experience an error while submitting your FOIA request, please submit via FOIA.gov at https://www.foia.gov/**

**For FOIA requests to OSD/JS: 1. Select ACTION OFFICE: OSD-JS FOIA Office**
**2. Select REQUEST TYPE: FOIA**

**For FOIA requests to DLA: 1. Select ACTION OFFICE: DLA FOIA Office**
**2. Select REQUEST TYPE: DLA-FOIA**

**If selecting DLA FOIA Office, you MUST select Request Type: DLA-FOIA**

**Failure to follow instructions WILL result in delays to the processing of your request.**

| | |
|---|---|
| Action Office | OSD-JS FOIA Office |
| Request Type | FOIA |
| Requester Category | News Media |

**Shipping Address**

| | | | |
|---|---|---|---|
| Street1 | One Center Plaza, | Street2 | Suite 850 |

City: Boston,

State: Massachusetts

State (Other)

Country: United States

Zip Code: 02108

**Request Information**

Description: ACLUM requests the following records. Unless otherwise specified, the timeframe for the request is May 1, 2025, until the present. Requests for records include all appended documents and attachments, including email

Date Range for Record Search: From(mm/dd/yyyy)

To (mm/dd/yyyy)

Description Document: Add Attachment

**Fee Information**

Willing Amount ($): 25.00

Fee Waiver Requested: Add Attachment

Fee Waiver Request Reason: ACLUM is entitled to a fee waiver under the FOIA and the relevant
regulations because ACLUM qualifies as a representative of the news media and

**Billing Address**

State (Other)

**Other Information**

State (Other)

**Custom Fields**

Requester #

Only Click "Submit" Once

**Expedite Information**

Expedite Requested: Add Attachment

Expedite Reason