# EXHIBIT E

Outlook

**FOIA Submission Acknowledgment for 2026-NavyFOIA-001117**

**From** noreply@securerelease.us <noreply@securerelease.us>
**Date** Wed 10/22/2025 7:20 PM
**To** Daniel McFadden <DmcFadden@aclum.org>

10/22/2025
Daniel McFadden
ACLU Foundation of Massachusetts
One Center Plaza
Suite 850
Boston, Massachusetts, 02492

2026-NavyFOIA-001117

Dear Daniel McFadden:

This is an acknowledgment of receipt of your Freedom of Information Act (FOIA) request dated 10/22/2025, and seeking records pertaining to "Please see enclosed letter.". Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Per FOIA, 5 U.S.C. §552 we process FOIA requests according to their order of receipt. Although the goal is to respond within 20 business days of receipt of your request, the FOIA does permit a 10-day extension of this time-period. We will make every effort to comply with your request in a timely manner.

We will construe the submission of your request as an agreement to pay up to $25.00 in processing costs. You will be contacted before any additional fees accrue.

If you have any questions or wish to discuss reformulation or an alternative time-period for the processing of your request, please contact the FOIA office. Your request has been assigned reference number 2026-NavyFOIA-001117. Please refer to this identifier in any future correspondence.

Sincerely,

SECNAV/CNO FOIA/PA Program Office
Department of Navy
Office email: usn.ncr.dns.mbx.don-foia-pa@us.navy.mil
Office Phone: (202) 685-0412