# EXHIBIT F

Outlook

**Your FOIA Referral, 2026-USMCFOIA-002677 (Acknowledgment)**

**From** Peters CIV Michael L [redacted]
**Date** Wed 3/11/2026 1:49 PM
**To** Daniel McFadden <DmcFadden@aclum.org>
**Cc** Hughes CIV Sally A [redacted]

Good afternoon Mr. McFadden,

This correspondence serves to acknowledge receipt of the referral of your October 22, 2025, FOIA request, which was originally sent to the Department of the Navy (DON) via the National FOIA Portal at FOIA.gov. We received the subject referral from DON yesterday, March 10th, and have assigned it file number **2026-USMCFOIA-002677**. We will be initiating a search of the files maintained by our Judge Advocate Division for responsive records very soon.

Please note that when FOIA requesters have not received a determination within the 20-day statutory period, they may challenge the delay on appeal within the SecureRelease system at www.securerelease.us or by writing to the Department of the Navy, Office of the Judge Advocate General (Code 14), 1322 Patterson Ave SE, Suite 3000, Washington Navy Yard, DC 20374-5066. If you prefer, you can also submit it via e-mail to Navy-OJAG-C14-FOIA-PA-ADMINAPPEALS@us.navy.mil. Your appeal, if any, should include a statement indicating why you believe it should be granted.

You also have the right to seek assistance and/or dispute resolution services from the Department of the Navy FOIA Public Liaison, Mr. Christopher Julka, at Christopher.a.julka@navy.mil or (703) 697-0031. You may also contact the Office of Government Information Services (OGIS) for assistance and/or dispute resolution at ogis@nara.gov or (877) 684-6448. For more information online about services provided by OGIS, please visit their website at www.archives.gov/ogis.

As the analyst assigned to your request, should you have any questions or concerns, please feel free to contact me at [redacted] or [redacted]. Reference the file number in the subject in any correspondence.

Michael L. Peters
Deputy, FOIA/PA Programs

FOIA/PA Phone: [redacted]
FOIA E-mail: hqmcfoia@usmc.mil

Commandant of the Marine Corps (ARSF)
Headquarters US Marine Corps
3000 Marine Corps Pentagon Rm 2B289
Washington DC 20350-3000

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and/or privileged (attorney work product/attorney-client). Any unauthorized review, use, disclosure or distribution may result in civil

and/or criminal penalties. If you are not the intended recipient, please contact the sender by reply e-mail and destroy any copies of the original message.

If you wish to submit a FOIA/PA request to the Marine Corps, please do so via our online portal at **www.securerelease.us**. This is the fastest and most reliable way to send us your request, and it ensures that all requests are properly and accurately tracked from the date/time of submission.

**Controlled Unclassified Information**

We value your comments please take time complete the Management Comment Card via the ICE Tool https://ice.disa.mil/index.cfm?fa=card&sp=130985&s=341