# EXHIBIT G

DEPARTMENT OF THE NAVY
HEADQUARTERS UNITED STATES MARINE CORPS
3000 MARINE CORPS PENTAGON
WASHINGTON, DC 20350-3000

5720
ARSF-MP
June 11, 2026

**SENT VIA E-MAIL TO:** WHS.MC-ALEX.ESD.MBX.OSD-JS-FOIA-REQUESTER-SERVICE-CENTER@MAIL.MIL

MEMORANDUM

From: Deputy, FOIA/PA Programs (ARSF)
To: OSD/JS FOIA Request Service Center

Subj: FREEDOM OF INFORMATION ACT (FOIA) REQUEST OF AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS (ACLUM), FILE NUMBER 2026-USMCFOIA-002677

Ref: (a) DoD 5400.7-R

Encl: (1) SecureRelease printout request ID 2026-USMCFOIA-002677
(2) Memorandum "Identification of Judge Advocate General Officers and Civilian Attorneys for Potential Detail to the Department of Justice" of 27 AUG 25
(3) Memorandum "Potential Department of Defense Support for Immigration Adjudication" of 27 AUG 25
(4) Memorandum of Agreement Between The Department of Justice Executive Office for Immigration Review and The Department of War For the Detailing of Temporary Immigration Judges
(5) E-mail of 11 JUN 26 from Michael Peters to Darren McFadden of ACLUM

1. By enclosure (1), ACLUM has requested various records related to the appointment of Marines as Immigration Judges (IJs) or Temporary Immigration Judges (TIJs).

2. Per reference (a), enclosures (2) through (4) are referred as a matter under your cognizance for release determination and direct response to the requester. Per enclosure (5), the requester has been notified of this referral action.

3. Questions concerning this action should be directed to me at michael.l.peters3@usmc.mil or (703) 614-4008. Please reference the file number in the subject line above when corresponding with our office on this matter.

M. L. PETERS

Enclosures

Copy to: D. McFadden (w/out enclosures)