# EXHIBIT I

Outlook

**RE: OSW/JS FOIA26-F-2511 Interim Response**

**From** Howard, Tyra D CIV WHS ESD (USA) [redacted]
**Date** Mon 6/29/2026 11:25 AM
**To** Daniel McFadden <DmcFadden@aclum.org>
**Cc** Harper, Madalyn J CIV WHS ESD (USA) [redacted]; Ernest-Johnson, Ann J CIV WHS ESD (USA) [redacted]; Tuncer, Talha B CTR (USA) [redacted]; Fisher, Stephen L CIV WHS ESD (USA) [redacted]; WHS MC-ALEX ESD Mailbox OSD-JS FOIA Requester Service Center [redacted]

Good day
Mr. McFadden,

Thank you for your email, and please accept my apologies for the delay in responding. Yes, we received your FOIA request and the referred three records from the USMC. The referred records are currently being processed. Please not that all requests are processed in the order received and are handled as expeditiously as possible while ensuring that all requesters are treated fairly and consistently. In addition, all responsive documents must be reviewed before a final response can be issued. At this time, your request requires consultation with one or more components that have an interest in the records or subject matter. This consultation process is impacting the processing time for your request. I will contact the components currently reviewing the records to obtain an update status. As soon as I receive additional information, I will notify you via email and provide an estimated completion date, if one is available.

Thank you for your patience and understanding.

V/r,

**Tyra Howard**
Government Information Specialist, Executive Services Directorate,
Records and Declassification Division, Freedom of Information Branch,
Washington Headquarters Services (WHS)
Mark Center | 02-F-09
[redacted]
Main Office: (571) 372-0498
NIPR: [redacted]

**From:** Daniel McFadden <DmcFadden@aclum.org>
**Sent:** Monday, June 29, 2026 10:58 AM
**To:** Howard, Tyra D CIV WHS ESD (USA) [redacted]
**Cc:** Harper, Madalyn J CIV WHS ESD (USA) [redacted]; Ernest-Johnson, Ann J CIV WHS ESD (USA) [redacted]; Tuncer, Talha B CTR (USA) [redacted]; Fisher, Stephen L CIV WHS ESD (USA) [redacted]; WHS MC-ALEX ESD Mailbox OSD-JS FOIA Requester Service Center [redacted]
**Subject:** Re: OSW/JS FOIA26-F-2511 Interim Response

You don't often get email from dmcfadden@aclum.org. Learn why this is important

Dear Ms. Howard,

I am writing to follow up again on the inquiry below. Please let me know.

Best regards,
Dan McFadden

**Dan McFadden**
Pronouns: he, him, his

Managing Attorney
American Civil Liberties Union Foundation of Massachusetts
617.482.3170 x171 | dmcfadden@aclum.org
aclum.org

---

**From:** Daniel McFadden <DmcFadden@aclum.org>
**Sent:** Sunday, June 21, 2026 7:20 PM
**To:** Howard, Tyra D CIV WHS ESD (USA) [redacted]
**Cc:** Harper, Madalyn J CIV WHS ESD (USA) [redacted] Ernest-Johnson, Ann J CIV WHS ESD (USA) [redacted] Tuncer, Talha B CTR (USA) [redacted] Fisher, Stephen L CIV WHS ESD (USA) [redacted] WHS MC-ALEX ESD Mailbox OSD-JS FOIA Requester Service Center <[redacted]
**Subject:** Re: OSW/JS FOIA26-F-2511 Interim Response

Dear Ms. Howard,

I am writing to follow up on the inquiry below. Please let me know.

Best regards,
Dan McFadden

**Dan McFadden**

Pronouns: he, him, his

Managing Attorney

American Civil Liberties Union Foundation of Massachusetts

617.482.3170 x171 | dmcfadden@aclum.org

aclum.org

---

**From:** Daniel McFadden <DmcFadden@aclum.org>
**Sent:** Friday, June 12, 2026 1:50 PM
**To:** Howard, Tyra D CIV WHS ESD (USA) [redacted]
**Cc:** Harper, Madalyn J CIV WHS ESD (USA) <[redacted]>; Ernest-Johnson, Ann J CIV WHS ESD (USA) [redacted] Tuncer, Talha B CTR (USA) [redacted] Fisher, Stephen L CIV WHS ESD (USA) [redacted] WHS MC-ALEX ESD Mailbox OSD-JS FOIA Requester Service Center [redacted]
**Subject:** Re: OSW/JS FOIA26-F-2511 Interim Response

Dear Ms. Howard,

I understand that you are the action officer for this request. Thank you for this update. May I ask for a clarification? It is my understanding that USMC identified three specific responsive documents that it felt must be referred to your office for decision on releasability, specifically three memoranda:

- "Identification of Judge Advocate General Officers and Civilian Attorneys for Potential Detail to the Department of Justice";
- "Potential Department of Defense Support for Immigration Adjudication"; and
- A Memorandum of Agreement between DOJ EOIR and your department for the detailing of Temporary Immigration Judges.

Can you please confirm that USMC transmitted these three records to your office and that they are being reviewed as part of 26-F-2511? And, while I understand your letter to indicate that it may take longer than 20 business days to adjudicate the request as a whole, is there a timeframe to complete the processing of these three records which have already been identified as responsive and segregated for review?

Best regards,
Dan McFadden

**Dan McFadden**

Pronouns: he, him, his

Managing Attorney

American Civil Liberties Union Foundation of Massachusetts

617.482.3170 x171 | dmcfadden@aclum.org

aclum.org

---

**From:** WHS MC-ALEX ESD Mailbox OSD-JS FOIA Requester Service Center
**Sent:** Friday, June 12, 2026 1:30 PM
**To:** Daniel McFadden
**Cc:** Harper, Madalyn J CIV WHS ESD (USA); Ernest-Johnson, Ann J CIV WHS ESD (USA); Tuncer, Talha B CTR (USA); Howard, Tyra D CIV WHS ESD (USA); Fisher, Stephen L CIV WHS ESD (USA)
**Subject:** OSW/JS FOIA26-F-2511 Interim Response

Good afternoon Mr. McFadden

Please find the enclosed interim response to your FOIA request that was received by the OSW/JS FOIA office on June 11, 2026 and assigned FOIA case number 26-F-2511. Additionally, please refer to the case number and include the FOIA Action Officer cited in the interim response in any future correspondence regarding your FOIA request. Thank you.

V/r,

**TALHA B. TUNCER**

FOIA Analyst (**Contractor**), Qualx LLC

Executivve Services Directorate,

Records & Declassification Division,

Fredom Of Information Branch

Washington Headquarters Services (WHS)

Mark Center | 02F09

[redacted]

https://www.whs.mil

Let us know how we are doing: https://ice.disa.mil/index.cfm?fa=card&sp=125562

This email and its attachments are intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, proprietary, or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying, or in any way using this message. If you have received this communication in error, please immediately notify the sender and delete this communication, any attachments, and all copies from your system and records.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.