# EXHIBIT J

Request - 26-F-2511

Back

**Requester Details**

To modify request details please update your requester profile or contact the our office for assistance.

**Daniel McFadden**
ACLU
One Center Plaza,
Suite 850
Boston,, MA 02108
Phone 617.482.3170 x171
dmcfadden@aclum.org

Requester Default Category: Other

**Custom Fields**

Requester Control # :
Previous Address 2 :

**Request Details**

| | |
|---|---|
| Date Requested | 10/22/2025 |
| Received Date | 06/11/2026 |
| Estimate Delivery Date | 11/03/2026 |
| Status | In Process |

**General Information**

**If you experience an error while submitting your FOIA request, please submit via FOIA.gov at https://www.foia.gov/**

**For FOIA requests to OSD/JS: 1. Select ACTION OFFICE: OSD-JS FOIA Office**
**2. Select REQUEST TYPE: FOIA**

**For FOIA requests to DLA: 1. Select ACTION OFFICE: DLA FOIA Office**
**2. Select REQUEST TYPE: DLA-FOIA**

**If selecting DLA FOIA Office, you MUST select Request Type: DLA-FOIA**

**Failure to follow instructions WILL result in delays to the processing of your request.**

| | |
|---|---|
| Action Office | OSD-JS FOIA Office |
| Request Type | FOIA |
| Requester Category | News Media |

**Shipping Address**

| | | | |
|---|---|---|---|
| Street1 | One Center Plaza, | Street2 | Suite 850 |

| | | | |
|---|---|---|---|
| City | Boston, | State | Massachusetts |
| State (Other) | | Country | United States |
| Zip Code | 02108 | | |

**Request Information**

| | | | |
|---|---|---|---|
| Description | ACLUM requests the following records. Unless otherwise specified, the timeframe for the request is May 1, 2025, until the present. Requests for records include all appended documents and attachments, | | |
| Date Range for Record Search: From(mm/dd/yyyy) | | To (mm/dd/yyyy) | |
| Description Document | Add Attachment | | |

**Fee Information**

| | |
|---|---|
| Willing Amount ($) | 25.00 |
| Fee Waiver Requested | ☑ Add Attachment |
| Fee Waiver Request Reason | ACLUM is entitled to a fee waiver under the FOIA and the relevant regulations because ACLUM qualifies as a representative of the news media and because release of the records requested is in the public interest and not in |

**Billing Address**

State (Other)

**Other Information**

State (Other)

**Custom Fields**

| | |
|---|---|
| Requester # | |

Only Click "Submit" Once

**Expedite Information**

| | |
|---|---|
| Expedite Requested | ☐ Add Attachment |
| Expedite Reason | |