# EXHIBIT K

(b)(6)

---

**From:** (b)(6) usmc.mil>
**Sent:** Tuesday, September 2, 2025 5:18 PM
**To:** JAD_IMA <JAD_IMA@usmc.mil>
**Subject:** Voluntary Activation Opportunity

Good Afternoon,

I currently administratively oversee the 4402 Reserve Community at Judge Advocate Division.

Judge Advocate Division is seeking volunteers, beginning this fall, to serve as Temporary Immigration Judges detailed to DOJ. Volunteers will receive all necessary training and

education for the job from DOJ.

We do not yet have information on the exact locations or if virtual is an option, we are simply soliciting interest.

Requirements are that you possess a JD from an accredited law school, are an active member in good standing of a state bar or DC, and ideally that you have experience in administrative law, immigration law, as a judge, or in a related field. However, the absence of this experience is not disqualifying. The most important criteria is a record of sound judgment, legal expertise, analytical ability, wisdom, discernment, professional demeanor, strong written and oral communication skills, and impartiality.

Please respond with your RQS/resume by noon EDT on 4 September if you are interested. I can be reached at the number below or through this email address with any questions.

Respectfully Submitted,
(b)(6)
(b)(6) USMCR
JAD IMA DET OpSponsor
(b)(6)

(b)(6) [redacted]

---

**From:** (b)(6) [redacted]usmc.mil>
**Sent:** Thursday, November 6, 2025 11:46 AM
**To:** JAD_IMA <JAD_IMA@usmc.mil>
**Subject:** 6 Month Activation Opportunity at Your Home

Good Afternoon,

Judge Advocate Division is seeking three volunteers to activate on 179-day ADOS orders and serve as Temporary Immigration Judges with the Department of Justice. Please see the information below and reply directly to me if you are interested in this activation opportunity.

WHO: O4-O6 Marine 4402s
WHAT: ADOS activation orders to be Temporary Immigration Judges

WHEN: 1 week of training at nearest DOJ courthouse to your home beginning in mid-January, 2 following weeks in Falls Church Virginia, 5+ months back at home location courthouse with opportunity to extend
WHERE: At the nearest DOJ immigration court to your home, except for the 2 weeks training in Falls Church
WHY: In order to support the Department of Justice in its efforts to reduce the immigration case backlog

If you would like to apply, please send me your location, RQS, and civilian resume NLT COB on 13 November. Also, please feel free to call or email if you have any questions.

V/r

(b)(6)
(b)(6) USMCR
JAD IMA DET OpSponsor
(b)(6)

(b)(6) [redacted]

---

**From:** (b)(6) [redacted] usmc.mil>
**Sent:** Thursday, January 8, 2026 7:42 AM
**Subject:** [EXTERNAL] Another Immigration Judge at Home Location Activation Opportunity

Good Morning,

Judge Advocate Division is again seeking three volunteers to activate on 179-day ADOS orders and serve as Temporary Immigration Judges with the Department of Justice. Please see the information below and reply directly to me if you are interested in this activation opportunity.

WHO: O4-O6 Marine 4402s
WHAT: ADOS activation orders to be Temporary Immigration Judges
WHEN: 1 week of training at nearest DOJ courthouse to your home beginning March 23, 2 following weeks in Falls Church Virginia, remainder of 179 days back at home location courthouse with opportunity to extend
WHERE: At the nearest DOJ immigration court to your home, except for the 2 weeks training in Falls Church
WHY: In order to support the Department of Justice in its efforts to reduce the immigration case backlog

If you would like to apply, please send me your location, RQS, and civilian resume before Monday January 12. Also, please feel free to call or email if you have any questions. If you have previously applied, you will need to send me your information and interest

again. Thanks!

V/r

(b)(6)
(b)(6) USMCR
JAD IMA DET OpSponsor
(b)(6)