# EXHIBIT L

---

**From:** JAGCNetAnnouncements B6
B6

**Sent:** Thur 9/4/2025 7:50:57 PM (UTC)

**Subject:** JAGCNet Announcements

1. REMINDER: JALS-WIDE INNOVATION SEMINAR 10-12 SEPT

Mark your calendars! Next week from 10-12 Sept, 1100-1400 EST (daily) tune in to the JALS-wide Innovation Seminar. Agenda and Teams meeting information is attached.

WHAT: Three consecutive days of instruction, three hours each day with breakouts and Q&A time. Each day builds upon the prior.

WHEN: 1100-1400 EST daily from 10-12 September 2025.

WHERE: MS Teams, link attached. Recording posted to the TJAGLCS Contract & Fiscal Law Community Teams Channel, link also attached.

WHO: Conventional operational unit legal advisors are encouraged to attend, including: those from designated Transform in Contact units; FORSCOM BJAs and up; and ASCC legal advisors.
Presenters are from the Office of The Judge Advocate General; Army Futures Command; The Judge Advocate General's Legal Center and School; and the Contract Litigation & Intellectual Property Division of USALSA.

WHY: To provide education and training on legal issues and best practices for how conventional operational Army units "Transform in Contact" (TiC) as directed by the Chief of Staff of the Army.
Discussion will include:

- Background for TiC,
- Conventional operational units' "inherent" authority to innovate,
- How to approach the analysis for TiC activities, including mission authority, fiscal authority, and agreements authority,
- Additional legal "layers," like Ethics, Intellectual Property, Export Controls, Privacy, Interoperability, and Weapons Reviews, and
- Common TiC activities, best practices, and areas of risk.

This is Iteration 2 of 2 and expands upon Iteration 1 (July 2025) based on attendee feedback. Attendees of Iteration 1 are invited to attend again. All are welcome to submit comments to
B6

For more information please use the following link:

B6

2. TEMPORARY IMMIGRATION JUDGES ANNOUNCEMENT

The Department of Defense (DOD) is seeking highly qualified attorneys from all compos to volunteer for

a detail to the Department of Justice as Temporary Immigration Judges (TIJs) for 179 days. Specific details regarding the location of these assignments are pending.

Ideal candidates will possess experience in administrative law, immigration law, service as a military judge, or in related fields. Applicants must demonstrate a record of sound judgment, legal expertise, analytical ability, exceptional wisdom, discernment, and impartiality, along with a professional demeanor, a suitable temperament for the role of a TIJ, and strong written and oral communication skills. All attorneys with a Juris Doctor (J.D.) degree from an accredited law school and active membership in good standing of a state bar or the D.C. bar are eligible.

For Active-Duty attorneys, after coordinating with your supervisor, contact the TMO team at
B6

For NG attorneys, after coordinating with your supervisor, contact the NGB-GC SE Mailbox at B6
B6

For USAR attorneys assigned to Legal Command, contact your LOD Commander; for all others contact the OTJAG Mobilization team at B6
B6

3. CY24 DECEMBER US ARMY RESERVE JUDGE ADVOCATES PROMOTED TO CAPTAIN

On behalf of The Judge Advocate General, please join us in congratulating the following Reserve Component officers promoted to Captain which can found using the following link:

**B6**

////END OF ANNOUNCEMENTS////

---

For assistance with JAGCNet applications, please contact the Information Technology Division by submitting a ticket at:

**B6**

ITD Team

**From:** USARMY Reserve USAR Legal Cmd Mailbox OPS G3 B6
B6

**Sent:** Wed 9/3/2025 5:39:17 PM (UTC)

**To:** USARMY Reserve USAR Legal Cmd List LOD FTS B6 B6 USARMY Reserve USAR Legal Cmd List LC LOD Commanders B6 USARMY Reserve USAR Legal Cmd List LOD CPLNCOs B6 B6 USARMY Reserve USAR Legal Cmd List LOD AGR B6 USARMY Reserve USAR Legal Cmd List LOD Deputy CMDRS B6 B6 USARMY Reserve USAR Legal Cmd List LC Office Staff B6 USARMY Reserve USAR Legal Cmd List Warrant Officers B6 B6 USARMY Reserve USAR Legal Cmd List LC CIVILIANS B6

**Cc:** Johnson, Kyson M BG USARMY USAR LEGAL CMD
B6

**Subject:** Volunteer Opportunity – Immigration Judge Mobilization

Legal Professionals,
As you may have heard, the Department of Defense (DOD) and Department of Justice are coordinating a unique mission requiring Judge Advocates (JA) to serve temporarily as Immigration Judges.
DOD is seeking highly qualified uniformed attorneys to volunteer to detail to the Department of Justice as Temporary Immigration Judges (TIJs) for 179 days. While specific details regarding the locations of these assignments are still pending, we are seeking volunteers for this unique opportunity. Ideal candidates will possess experience in administrative law, immigration law, service as a military judge, or in related fields. Applicants must demonstrate a record of sound judgment, legal expertise, analytical ability, wisdom, discernment, and impartiality, along with a professional demeanor, a suitable temperament for the role of a TIJ, and strong written and oral communication skills. All attorneys with a Juris Doctor (J.D.) degree from an accredited law school and active membership in good standing of a state bar or the D.C. bar are eligible to apply.

B5

B5

**Why Volunteer?**

Professional Growth: This assignment provides the opportunity to gain judicial experience in a high-tempo, nationally significant setting.

- Visibility: You will represent the Army Reserve and the JAG Corps in a mission that is receiving senior leader and public attention.
- Service Impact: You will be directly contributing to the resolution of millions of pending immigration cases, reinforcing the Army Reserve's value to the Nation.

**Considerations**

- Mobilization may be voluntary or involuntary, but the preference is through voluntary participation.
- Details such as duty location and training requirements are being finalized. Updates will be provided as information is confirmed.
- Volunteers will be drawn from an Order of Merit List (OML), and final selections will be influenced by availability, location, experience, and mission requirements.

Please seriously consider this opportunity. If you are interested in volunteering, please inform your LOD chain of command ASAP so we can consolidate names in advance of our suspense.

This is a non-traditional mission, but one in which the Army Reserve JAG Corps is uniquely positioned to excel. By stepping forward, you will demonstrate not only your own commitment to service but also the enduring value of the Army Reserve JAG Corps.

Judge Advocates interested in this unique opportunity are encouraged to express their interest NLT COB 5 September 2025. Additional information will be disseminated upon receipt.

Very Respectfully,

G-3 Operations, Legal Command

✉ Email: B6